THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Howard Thompson
 III, Appellant.
 
 
 
 
 

Appeal from Anderson County
Alexander S. Macaulay, Circuit Court Judge

Unpublished Opinion No. 2010-UP-102
 Submitted January 4, 2010  Filed February
4, 2010    

AFFIRMED

 
 
 
 Appellate Defender LaNelle Cantey DuRant,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General Josh W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, and Assistant Attorney General William M. Blitch,
 Jr., all of Columbia; and Solicitor Christina T. Adams, of Anderson, for
 Respondent. 
 
 
 

PER CURIAM:  Howard
 Thompson III appeals his conviction for criminal sexual conduct with a minor,
 first degree, following a trial by jury.  Thompson argues that the circuit
 court erred by not obtaining an intelligent waiver of his right to counsel and by
 overruling his objection.  We
 affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  
1.  As to Thompson's decision
 to proceed pro se:  State v. Howard, 384 S.C. 212, 219, 682 S.E.2d 42,
 46 (Ct. App. 2009) (an argument must be raised to and ruled upon by the trial
 judge in order to be preserved for appellate review).  
2.  As to the testimony of
 victim's mother:  State v. Patterson, 324 S.C. 5, 482 S.E.2d 760 (1997), cert. denied, 522 U.S. 853 (U.S. 1997) (appellant must state the grounds
 of an objection to the trial judge in order to preserve it for appellate
 review); State v. Rice, 375 S.C. 302, 323, 652 S.E.2d 409, 419 (Ct. App.
 2007) ("A general objection which does not specify the particular ground
 on which the objection is based is insufficient to preserve a question for
 review.").
AFFIRMED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.